**UT Southwestern Medical Center**

March 1, 2023

Meera Salamah
6401 Maple Avenue, #6106
Dallas, TX 75235

Dear Ms. Salamah,

The Student Promotions Committee ("Committee") met on March 1, 2023, to review your academic performance, including your failure to pass the USMLE Step 1 within one year from the last date of your scheduled test preparation period, which ended on 2/24/22. The Committee has considered your entire academic record, including your grades and your failure of the USMLE Step 1 on 11/20/22. It also considered your letter to the Committee and a letter submitted on your behalf. It was clear to the Committee that you understood the Medical School's requirement that you were to return a passing score on USMLE Step 1 by 2/24/23.

In your letter to the Committee, you requested an extension of your USMLE Step 1 passage deadline beyond 2/24/23. The Committee understands that you have not requested this extension as an accommodation pursuant to EDU-103 Reasonable Accommodations for Qualified Applicants and Learners with Disabilities. The Committee is sympathetic to the personal circumstances that you shared in your letter. However, it is an essential requirement of the medical school curriculum that students attain a passing score on USMLE Step 1 within one year of the completion of their test preparation period. Students who do not meet this requirement, with or without accommodation, cannot progress in the curriculum. The Committee therefore cannot grant your request for an extension.

Based on its complete review of your academic record, the Committee has decided to dismiss you from medical school.

Pursuant to EDU-402 Academic Decisions, you may appeal the decision by submitting a written appeal to the Chair of the Student Promotions Committee within 10 business days of receipt of this letter via email to [Kevin Klein, M.D](). Appeals can also be submitted via email to [Angela Mihalic, M.D.](), [Melanie Sulistio, M.D.](), [Norberto Rodriguez-Baez, M.D.](), or [Blake Barker, M.D](). A copy of the Medical School's policy on appealing academic decisions, EDU-402, is enclosed.

If you have any questions concerning the Committee's decision, please contact Drs. Mihalic, Sulistio, or Barker at 214-648-2168 or Dr. Rodriguez-Baez at 214-648-0308.

Sincerely,

*[signature: Kevin Klein, MD]*

Kevin Klein, M.D.
Professor of Anesthesiology and Distinguished Teaching Professor
Chair, Student Promotions Committee
UT Southwestern Medical Center

cc:     Angela Mihalic, M.D., Dean of Medical Students and Associate Dean for Student Affairs
        Blake Barker, M.D., Associate Dean for Student Affairs
        Melanie Sulistio, M.D., Associate Dean for Student Affairs
        Norberto Rodriguez-Baez, M.D. Associate Dean for Student Affairs