IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MEERA SALAMAH<br>    *Plaintiff*, | §<br>§<br>§ | |
| v. | § | Civil Action No. 3:24-cv-00477-D |
| | § | |
| UT SOUTHWESTERN HEALTH SYSTEMS;<br>UNIVERSITY OF TEXAS SOUTHWESTERN<br>MEDICAL CENTER, ANGELA MIHALIC, M.D.,<br>KEVIN KLEIN, M.D.<br>    *Defendant.* | §<br>§<br>§<br>§<br>§ | |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pending before the Court is Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. Upon consideration of the Motion, the Court is of the opinion that the Defendants' Motion should be **GRANTED**.

It is hereby **ORDERED** that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is **GRANTED**

It is **FURTHER ORDERED** that all of Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

SIGNED on this the _____ day of _____ 2024.

                                                                                     _____
                                                                                     SIDNEY A. FITZWATER
                                                                                     UNITED STATES DISTRICT JUDGE