IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MEERA SALAMAH §
    *Plaintiff*, §
§
v. §    Civil Action No. 3:24-CV-0477-D
§
THE UNIVERSITY OF TEXAS §
SOUTHWESTERN MEDICAL CENTER; §
ANGELA MIHALIC, M.D.; ARLENE §
SACHS, PH.D.; ANDREW LEE, M.D.; §
KEVIN KLEIN, M.D., §
    Defendants. §

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME
TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

---

Before the Court is Defendants' Unopposed Motion to Extend Time to File a Response to

Plaintiff's Complaint. Upon consideration of Defendants' Motion, the Court is of the opinion that the

Motion should be **GRANTED**.

It is hereby **ORDERED** that Defendants shall file a response to Plaintiff's anticipated *third*

amended complaint within three weeks of the filing of that complaint. If Plaintiff does not file a third

amended complaint, Defendants shall file an answer to her *second* amended complaint by June 13,

2025.

SO ORDERED April 30, 2025.

SIDNEY A. FITZWATER
SENIOR JUDGE