AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | | |
|---|---|---|
| MEERA SALAMAH | ) | |
| | ) | |
| v. | ) | Case No.: 3:24-cv-00477-D |
| THE UNIVERSITY OF TEXAS | ) | |
| SOUTHWESTERN MEDICAL CENTER, ET AL. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on 10/30/2026 (*Date*) against Plaintiff, Meera Salamah,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 6,543.18 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 0.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs *(please itemize)* | 0.00 |
| TOTAL | $ 6,543.18 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

- [x] Electronic service
- [ ] First class mail, postage prepaid
- [ ] Other:

s/ Attorney: /s/ Todd Dickerson

Name of Attorney: Todd Dickerson

For: Defendants The University of Texas Southwestern Med. Ctr, et al. Date: 11/09/2026

*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of __________ and included in the judgment.

__________ By: __________ __________

*Clerk of Court* *Deputy Clerk* *Date*

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MEERA SALAMAH<br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER; ANGELA MIHALIC, M.D.; ARLENE SACHS, PH.D.; ANDREW LEE, M.D.; KEVIN KLEIN, M.D.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:24-cv-00477-D |

---

**DECLARATION OF TODD DICKERSON**

---

I, Todd Dickerson, declare and state as follows:

1. I am at least 18 years of age, capable of making this declaration, and have personal knowledge of the facts stated here, and they are true and correct.

2. I am an Assistant Attorney General in the General Litigation Division of the Office of the Attorney General of Texas. In this case, I am the lead attorney representing the Defendants, The University of Texas Southwestern Medical Center, Angela Mihalic, M.D., Arlene Sachs, Ph.D., Andrew Lee, M.D., and Kevin Klein, M.D.

3. Based on a diligent review by staff in the General Litigation Division, I believe that the costs reflected on the attached Defendants' Bill of Costs (Ex. A) are allowable by law, are correctly stated, and were necessarily incurred, and that the services were actually and necessarily performed for which the costs were charged.

4. A copy of this declaration and Ex. A was served on all parties.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on November 9, 2026.

______________________________
Todd Dickerson

# EXHIBIT A

### Line 1 - Fees of the Clerk

| Date | Amount | Description |
| --- | --- | --- |
| | $0.00 | None |

### Line 2 - Fees for Service of Summons and Subpoeas

| Date | Amount | Description |
| --- | --- | --- |
| | $0.00 | None |

### Line 3 - Fees for Printed or Electronically Recorded Transcripts

| Date | Amount | Description |
| --- | --- | --- |
| 3/4/2026 | $1,021.15 | Lexitas: Deposition of Angela Mihalic, M.D. |
| 3/5/2026 | $755.25 | Lexitas: Deposition of Arlene Sachs, Ph.D. |
| 3/25/2026 | $3,744.23 | Integrity Legal Support: Deposition of Meera Salamah |
| 6/10/2026 | $1,022.55 | Lexitas: Deposition of UT Southwestern Med. Ctr. Corporate Representative, Angela Mihalic, M.D. |
| **Total Line 3** | $6,543.18 | |

### Line 4 - Fees and Disbursements for Printing

| Date | Amount | Description |
| --- | --- | --- |
| | $0.00 | None |

### Line 5 - Fees for Witnesses

| Date | Amount | Description |
| --- | --- | --- |
| | $0.00 | None |

### Line 6 - Exemplification Costs

| Date | Amount | Description |
| --- | --- | --- |
| | $0.00 | None |

**Line 7 - Docket Fees Under 28 U.S.C. 1923**

| Date | Amount | Description |
|---|---|---|
| | $0.00 | None |

**Line 8 - Costs as Shown on Mandate of Court of Appeals**

| Date | Amount | Description |
|---|---|---|
| | $0.00 | None |

**Line 9 - Compensation of Court-Appointed Experts**

| Date | Amount | Description |
|---|---|---|
| | $0.00 | None |

**Line 10 - Compensation of Interpreters/Services Under 28 U.S.C. 1828**

| Date | Amount | Description |
|---|---|---|
| | $0.00 | None |

**Line 11 - Other Costs**

| Date | Amount | Description |
|---|---|---|
| | $0.00 | None |

**Total** **$6,543.18**

# LINE 3

# Fees/Transcripts

# Invoice

**Invoice No:** 1001801766763

**Invoice Date:** 3/25/2026
**Payment Terms:** Net 30

**Bill To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th Floor
Austin TX 78701
United States

**Case Name:**
Salamah, v. University of Texas Southwestern Medical Center, et al

**Case Number:** 3:24-cv-0477

**Business Unit:** Dallas

**Header:**

| Job# | Witness Name | Job Date | Location | Date of Loss |
|---|---|---|---|---|
| 2026-1016388 | Angela Mihalic, M.D. | 3/4/2026 | | |

| Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|

| Item | Quantity | Amount |
|---|---|---|
| Certified Copy Transcript | 151 | $687.05 |
| Electronic Transcript Processing | 1 | $0.00 |
| Exhibits Pages | 62 | $65.10 |
| Filing Requirements - Copy | 1 | $40.00 |
| Litigation Bundle | 1 | $150.00 |
| Deposition Insights + ™ AI-Enabled Summaries (75-150 pages) | 1 | $79.00 |

LEXITAS™

# Invoice

**Invoice No:** 1001801766763

**Invoice Date:** 3/25/2026
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th Floor
Austin TX 78701
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001801766763

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Subtotal:** | $1,021.15 |
| **Total Tax:** | $0.00 |
| **Total:** | $1,021.15 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $1,021.15 |
| **After 4/24/2026 Pay** | $1,036.47 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at 888-893-3767.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2001** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

# Invoice

**Invoice No:** 1001801764169

**Invoice Date:** 3/17/2026
**Payment Terms:** Net 30

**Bill To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th Floor
Austin TX 78701
United States

**Case Name:**
Salamah, v. University of Texas Southwestern Medical Center, et al

**Case Number:** 3:24-cv-0477

**Business Unit:** Dallas

**Header:**

| Job# | Witness Name | Job Date | Location | Date of Loss |
|---|---|---|---|---|
| 2026-1016390 | Arlene Sachs, Ph.D. | 3/5/2026 | | |

| Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|
| | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Certified Copy Transcript | 115 | $460.00 |
| Electronic Transcript Processing | 1 | $0.00 |
| Exhibits Pages | 25 | $26.25 |
| Filing Requirements - Copy | 1 | $40.00 |
| Litigation Bundle | 1 | $150.00 |
| Deposition Insights + ™ AI-Enabled Summaries (75-150 pages) | 1 | $79.00 |

LEXITAS™

# Invoice

**Invoice No:** 1001801764169

**Invoice Date:** 3/17/2026
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th Floor
Austin TX 78701
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001801764169

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Subtotal:** | $755.25 |
| **Total Tax:** | $0.00 |
| **Total:** | $755.25 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $755.25 |
| **After 4/16/2026 Pay** | $766.58 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at 888-893-3767.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2001** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

INTEGRITY
legal support solutions
9901 Brodie Ln., Ste. 160-400
Austin, Texas 78748

# INVOICE

| Date | Invoice # |
|---|---|
| 3/25/2026 | 17532 |

| Bill To |
|---|
| Office of the Attorney General<br>Accounting Office<br>P.O. Box 12548 Capital Station<br>Austin, TX 78711-2548 |

| Cause No. |
|---|
| 3;24-cv-0477 |
| **Style** |
| Meera Salamah<br>vs.<br>University of Texas Southwestern |

| Atty: | Todd Dickerson | Legal Asst: | Thomas Ray | Division | General Litigation Division |
|---|---|---|---|---|---|

| Vendor ID | Tax ID | P.O. No. | AG No. | Location |
|---|---|---|---|---|
| 1264073074800 | 26-4073074 | PO-0012603 | CX9429685105 | In-Person |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/25/2026 | GS1 - Administrative expenses, including but not limited to per diem, meals, phone charges, paper and other office supplies, office space and reproduction services within a one hundred (100) mile radius of vendor's office will be categorized as local travel and must be included in vendor's base charge. | 1.0 | 175.00 | 175.00 |
| | DEPO1 - A one-time base fee that may be charged per deposition to include Original transcript, one (1) copy of transcript, one (1) e-transcript, and a keyword index. Delivery of transcript. File the Reporter's Certificate with the Court as required by the appropriate rules of procedure. Produce deposition transcript in Amicus, ASCII, .ptx, Summation, Visionary, Relativity, Trial Director, or specified electronic format. | 1.0 | 75.00 | 75.00 |
| | DEPO35 - Transcript, Per page, ten business day turnaround - Meera Salamah (Voluntary Price Reduction) | 148.0 | 8.00 | 1,184.00 |
| | DEPO35-VIDEO - Due to the added difficulty, transcript surcharge for videotaped and remote depositions. (Voluntary Price Reduction) | 148.0 | 1.50 | 222.00 |
| | VIDEO7-IN-PERSON - Transcript charge per hour - in-person deposition (Voluntary Price Reduction) | 6.5 | 100.00 | 650.00 |
| | DEPO22 - Copying pages in Exhibit in excess of 50 pages (Oversized, Black & White) | 163.0 | 1.00 | 163.00 |
| | Shipping/Handling - Exhibits (At Cost) | 1.0 | 75.23 | 75.23 |
| | Witness Subtotal | | | 2,544.23 |
| | | | | |
| | VIDEO2 - Video recording per hour | 6.5 | 150.00 | 975.00 |
| | VIDEO4 - Transfering video clips to media specified | 9.0 | 25.00 | 225.00 |
| | Video Subtotal | | | 1,200.00 |

Thank you for the opportunity to work with you.

**TOTAL** $3,744.23

| Phone # | Fax # | Web Site |
|---|---|---|
| 512-320-8690 | 512-320-8692 | |

LEXITAS™

# Invoice

**Invoice No:** 1001801794621

**Invoice Date:** 6/26/2026
**Payment Terms:** Net 30

**Bill To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th Floor
Austin TX 78701
United States

**Case Name:**
Salamah, v. University of Texas Southwestern Medical Center, et al

**Case Number:** 3:24-cv-0477

**Business Unit:** Dallas

**Header:**

| Job# | Witness Name | Job Date | Location | Date of Loss |
|---|---|---|---|---|
| 2026-1027168 | Angela Mihalic, M.D. | 6/10/2026 | | |

| Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|

| Item | Quantity | Amount |
|---|---|---|
| Minimum Transcript Fee - Copy | 1 | $375.00 |
| Transcript-Copy/Remote | 74 | $25.90 |
| Electronic Transcript Processing | 1 | $0.00 |
| Exhibits Pages | 293 | $307.65 |
| Deposition Insights + ™ AI-Enabled Summaries (25-74 pages) | 1 | $39.00 |
| Legal View Connectivity | 1 | $100.00 |
| Filing Requirements - Copy | 1 | $40.00 |
| Litigation Bundle | 1 | $135.00 |

# Invoice

**Invoice No:** 1001801794621

**Invoice Date:** 6/26/2026
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Todd Dickerson
Office of the Attorney General - Austin
Office of the Attorney General 300 West 15th Street 14th Floor
Austin TX 78701
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001801794621

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Subtotal:** | $1,022.55 |
| **Total Tax:** | $0.00 |
| **Total:** | $1,022.55 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $1,022.55 |
| **After 7/26/2026 Pay** | $1,037.89 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at 888-893-3767.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2001** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.